IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DISTRICT OF NEBRASKA
15 APR 22 PM 5: 26
OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR 3035 |
| vs. | INDICTMENT |
| FRANK A. SANCHEZ, JR. | 18 U.S.C. § 641 |
| Defendant. | |

The Grand Jury charges that

## COUNT I

Beginning on or about August, 2009, and March, 2012, in the District of Nebraska, Frank A. Sanchez, Jr., Defendant herein, did willfully steal and purloin property of United States, to wit, money constituting Disability Annuity Benefits administered by the Railroad Retirement Board, a department or agency of the United States, having total value of $92,064.00, to which he was not entitled.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

STEVEN A. RUSSELL
Assistant United States Attorney